# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0051
LT Case No. 16-2018-CF-6438

_____

CORY DESHAUN FISHER-
THOMPSON,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____

On appeal from the Circuit Court for Duval County.
Gilbert L. Feltel, Jr., Judge.

Jessica J. Yeary, Public Defender, and Megan Long, Special
Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Zachary F. Lawton,
Assistant Attorney General, Tallahassee, for Appellee.

April 23, 2024

PER CURIAM.

     AFFIRMED.

EDWARDS, C.J., and LAMBERT and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____